CITY OF NEW YORK, as Owner of THE D. S. C. DUMPER Q, Appellee, v. THE Tugboat JOSEPH H. MORAN, Moran Towing & Transportation Co., Inc., Appellant.

No. 401.

Circuit Court of Appeals, Second Circuit.

May 7, 1934.

Macklin, Brown, Lenahan & Speer, of New York City (Horace L. Cheyney, of New York City, of counsel), for appellant.

Paul Windels, Corp. Counsel, of New York City (P. Fearson Shortridge, of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

Floyd Lester COBB, Appellant, v. UNITED STATES of America, Appellee.

No. 3660.

Circuit Court of Appeals, Fourth Circuit.

March 26, 1934.

Thos. B. Butler, of Spartanburg, S. C., for appellant.

C. C. Wyche, U. S. Atty., of Greenville, S. C.

PER CURIAM.

Case dismissed under Rule 20 in accordance with agreement of attorneys.

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. W. W. ADAMS, Respondent.

Circuit Court of Appeals, Ninth Circuit.

May 28, 1934.

Frank J. Wideman, Asst. Atty. Gen., and Robert H. Jackson, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Virgil Y. Moore, of Washington, D. C., for respondent.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon motion of counsel for petitioner, consented to by counsel for respondent, ordered petition to review dismissed; mandate forthwith.

COMMISSIONER OF INTERNAL REVENUE v. Anna E. RILEY.

No. 2926.

Circuit Court of Appeals, First Circuit.

May 24, 1934.

PER CURIAM.

Order: Upon motion of petitioner for review, assented to, it is ordered that this case be, and the same hereby is, docketed, and it is further ordered that the petition for review be, and the same hereby is, dismissed.